FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2021 NOV -3 PM 2: 38

Tampa Division

CLERK US DISTRICT
COURT M DISTRICT

## CIVIL RIGHTS COMPLAINT FORM

Michael Spurgon Davis
Pretrial Detainee
Pro-Se, Plaintiff

CASE NUMBER: 8:21 CV 2580 CEH-TGW
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison
number, if applicable)

v.

Homeview (Visitation Video)

And

Starfield Technologies Inc.

Cyber Security

(Enter full name of each Defendant. If
additional space is required, use the blank
area directly to the right).
Defendants /

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.    PLACE OF PRESENT CONFINEMENT: 20101 Central Boulevard
      (Indicate the name and location)
      Land O' Lakes, Florida 34637 (Pasco County Detention)

II.   DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
      THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

      [If your answer is YES, after reviewing the exhaustion requirements, answer the following
      questions]

<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility.  Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion.  (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form.  If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES</u>:

<u>General Grievance</u>

    1.   Informal Grievance (Form DC3-005)
    2.   Formal Grievance (Form DC1-303)
    3.   Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievance</u>

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22.  The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions</u>:

A.   <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1.   Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (X) — That's a FL. DOC form

    2.   If so, you must attach a copy of the grievance and response to this Complaint form.

    3.   Were you denied emergency status? Yes ( ) No (X) Never Applied

        a.   If so, did you go through the informal grievance, formal grievance and appeal process? Yes (X) No ( )

        b.   If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.   <u>Informal Grievance</u> (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes (✗) No ( )
   _County jail request_

2. If so, you must attach a copy of the grievance and response to this Complaint form.
   Digital request #s 146892422 on 10/25/21

C.   Formal Grievance (Request for Administrative Remedy or Appeal) 146750272 10/21/21

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✗)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (✗) No ( )
   _County jail (attached)_

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D.   Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)?
   Yes ( ) No (✗)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __26th__ day of __October__ , 20 21 .

_Michael Tans_

Signature of Plaintiff

III.    **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (X) No (  )

If your answer is YES, answer the following questions.

A.   Is there a grievance procedure at your institution or jail? Yes (X) No (  )

B.   Did you present the facts relating to your Complaint in the grievance procedure? Yes
     (  ) No (  )

C.   If your answer is YES:

     1.   What steps did you take? Spoke to Staff, Informal request
          Electronic request (tablet) Formal DC1-303 (No response)

     2.   What were the results? Never recieved copy / made
          Several attempts to no avail.

     3.   To demonstrate exhaustion, you must submit copies of all relevant
          grievances/appeals and responses. Digital requests # 146897422 10/25/21
                                                                  # 146750272 10/21/21

D.   If your answer is NO, explain why not: _____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE
QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 26th day of October , 2021 .

                          _____
                          Signature of Plaintiff

IV.    PREVIOUS LAWSUITS:

A.    Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B.    Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C.    If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.    Parties to previous lawsuit:

       Plaintiff(s): _____

       _____

       Defendant(s): _____

       _____

   2.    Court (if federal court, name the district; if state court, name the county):

       _____

   3.    Docket Number: _____

   4.    Name of judge: _____

   5.    Briefly describe the facts and basis of the lawsuit: _____

       _____

       _____

   6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

       _____

       _____

   7.    Approximate filing date: _____

   8.    Approximate disposition date: _____

D.    Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)                                     5

V.  **PARTIES:** In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: Michael Spurgon Davis

Mailing address: 2o1o1 Central Boulevard

Land O' Lakes, Florida 34637

B.  Additional Plaintiffs: _____

In part C of this section, indicate the **<u>full name</u>** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: HomeWav                    (844) 394-6639

Mailing Address: 11100 Linpage Place  Suite 200

St. Louis, Missouri  63132

Position: Video Visitation Service @ Pasco jail

Employed at: Pasco County Detention

D.  Defendant: Starfield Technologies          (480) 505-8825

Mailing Address: 14455 North Hayden Road

Scottsdale, Arizona 85260

Position: Cyber Security Server / file backup

Employed at: Software Companies of variety

E.   Defendant: _____

     Mailing Address: _____

     _____

     Position: _____

     Employed at: _____

F.   Defendant: _____

     Mailing Address: _____

     _____

     Position: _____

     Employed at: Listed Above

G.   Defendant: _____

     Mailing Address: _____

     _____

     Position: _____

     Employed at: _____

VI.    **STATEMENT OF CLAIM**:  State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

See Attachment

VII.   **STATEMENT OF FACTS**:  State as briefly as possible the FACTS of your case.  Describe how each defendant was involved.  **Do not make any legal arguments or cite any cases or statutes.**  State with as much specificity as possible the facts in the following manner:

1.  Name and position of person(s) involved.
2.  Date(s).
3.  Place(s).
4.  Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.  Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

See Attachment

Statement of Facts, continued:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

VIII.   RELIEF REQUESTED:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

CLAIM #1 EMOTIONAL AND MENTAL ANGUISH , 30,000 $

#2 EMOTIONAL AND MENTAL ANGUISH , 30,000 $

#3 EMOTIONAL AND MENTAL ANGUISH , 30,000 $

#4 EMOTIONAL AND MENTAL ANGUISH , 30,000 $

#5 EMOTIONAL AND MENTAL ANGUISH , 30,000 $

#6 EMOTIONAL AND MENTAL ANGUISH , 30,000 $

#7 EMOTIONAL AND MENTAL ANGUISH , 30,000 $

#8 EMOTIONAL AND MENTAL ANGUISH , 30,000 $

#9 EMOTIONAL AND MENTAL ANGUISH , 30,000 $

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___26___ day of ___OCTOBER_____, 2 _021___.

_____

MICHAEL DAVIS

_____

_____
(Signatures of all Plaintiffs)

# Statement of Claims

Statement of Claim are against both Defendants: HomeWav, And Starfield Technologies inc.

1: Violation of ~~CFF~~ CFAA, 18 usc §1030, under §983
   Violating my 1st, 14th, 8th amendments of U.S constitution

2: Violation of DMCA, 17 usc §1201 under §1983
   Violating my 1st, 14th, 8th amendments of US constitution

3: Deliberate Indifference To Human Privacy under §1983
   Violating my 1st, 14th, 8th amendments of US constitution

4: Negligence Leading To Deprivation of Privacy under §1983
   Violating my 1st, 14th, 8th amendments of U.S constitution

5: Unauthorized Access of Sensitive Information/Material §198
   Violating my 1st, 14th, 8th amendments of US constitution

6: Conspiracy To Deprive of Privacy under §1983
   Violating my 1st, 14th, 8th amendments of U.S Constitution

7: Wrongfully Obtaining Info/Pictures/Video, under §1983
   Violating my 1st, 14th, 8th amendments of US Constitution

8: Misconduct Placing Plaintiff's Privacy At Risk, under §1983
   Violating my 1st, 14th, 8th amendments of US constitution

9: Unethical Conversion By Tort Actions, under §1983
   Violating my 1st, 14th, 8th amendments of US Constitution

## Statement of Facts

I am a pretrial detainee housed at Pasco County jail located at 20101 Central Blvd. in Land O' Lakes, FL. I was in "Charlie" wich is an open bay dorm where there is 2 visitation devices. I was housed in this dorm for approximately 1-3 months. I took a shower 1-2 times a day everyday.

I was made aware of the ~~visitors~~ inmates visitors taking screenshots of inmates in the shower and placing them online. Homewav is a computer software video service system located throughout the jail that provides inmates with visitation via cell-phone, internet, or any device with internet/wifi capabilities. Once an inmate logs into the device and connects with visitor, The visitor is able to view the inmate and the background (wich includes the day room common area and the shower area.)

Starfield Technologies, is a service used and authorized by Homewav Software to verify, secure, and transfer files and data. Such monitored, recorded video from the Homewav server to Starfield Technologies file back-up. Starfield Technologies logo is on the Homewav Screen confirming it's involvement with Homewav. Homewav Software programming stores basic demographic information and contact information such as the name of the inmate and the visitors or anyone with an account. Booking numbers, I.D. info, billing info. The video and audio storage is shared through a wireless access point from Homewav work-stations to client software at Starfield Technologies. This allows remote access to the Starfield server or virtual private network, without plaintiffs permission. Also, when a screen-shot

is taken by visitor from mobile device, it shower inmates in the shower. The visitation device is in use several hours of the day along with the shower. Therefor, due to the position of the machine plaintiffs privacy and rights have been deprived every time I was in the shower or gett entering the shower while another inmate was using the visitation. Also, defamation of plaintiffs character by the public being able to access incarcerator through videos of sensitive nature and possibly screen shots of nudity, under section § 1983

In Charlie dorms (There are 12 housing units in C-Dorm), The Homewav Video visitation systems are installed in such a manner as to completely view the entire showering area. Homewav officials, in association with Starfield Technologies intentionally positioned the video cameras that are permanantely installed and maintained at an angle that is directly in line of sight of five inmate showers and the dressing area. This unlawful positioning proves deliberate indifference of my right to privacy. Homewav knew of the risk or harm from the positioning as the installer did a vide test during placement. Homewav disregarded the risk and did nothing. Even after several requests from multiple inmates. This furthers their misconduct as grossly negligent. The position of the cameras on Homewav have subjected plaintiff to explicit screenshots, video voyerism, and invasion of privacy under § 1983. This issue has been reviewed by local news in Pasco County area. The Homewav angle supports a finding of lasciviousness, as any video in a shower is highly suggestive. I was subjected to this video voyerism, freeze frame screen shots, and recording by another inmate/potential victim.

Homewav and Starfield Technologies shall be held accountable civilly for acts which violate my rights. My 1st, 14th, 8th amendment and constitutional right have been violated. Also Homewav should hold responsibility and accountability for providing a tortious unethical conversion to Starfield Technologies file back-up. As my constitutionally protected privacy and sensitive materials and also video depictions of myself naked as well as in possibly sexual gestures, was transferred/ transported or shipped to Starfield Technologies file back-up by computer and   1) There was an existance of a business relation between Homewav and Starfield  2) Defendants had knowledge of such contract or business relation  3) intentional tifference interference with contract (Sharing private materials of plantiff)  4) There is damage to plaintiffs emotional stability, damage to plaintiff character and reputation with spread of photos.

    Defendants should be found guilty of violating the digital millenium copyright act "DMCA" since Homewav is owner of its copyright and information obtained by such copyright, such as private pictures and suggestive video is protected work under the act, and §1983

"DCMA" states, under 17 usc §1201 (a)(i)(A) "That no person shall circumvent a technological measure that effectively controls access to a work protected under its title. Section 1203 (a) provides "Any person injured by a violation of section 1201 may bring a civil action under §1983 in an appropriate U.S district court for such violation. USDC middle division of Tampa is the appropriate

Venue and jurisdiction for this action. Both defendants violated this.

A violation of computer fraud and abuse act, 'CFAA', should be applied to this civil action, ~~Both defendants~~ Against Homeway since they had knowledge of these positionings of it's cameras could wrongfully and unethically obtain and upload info, pictures, video, to Starfield Technologies, violating my 1st, 14th, 8th amended due process claims. Both defendants are liable. Homeway for allowing misconduct and invasion of my privacy. On multiple occasions, By sharing such sensitive info and protected and private material with Starfield Technologies whos handling and possesion of such info violated my rights. Again through their wrongful obtaining of such info and material. Both defendants act of misconduct placed my privacy and mental stability at harm. As did the placement of the camera. Both defendants are liable to claim of unauthorized access to sensitive info / private material under §1983. Both defendants, in unity, conspired to deprive me of my privacy. My relief is stated, As my emotional, and mental anguish has been overwhelming.